IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RECKITT BENCKISER<br>PHARMACEUTICALS INC., and<br>MONOSOL RX, LLC,<br><br>        Plaintiffs,<br>v.<br>PAR PHARMACEUTICAL, INC. and<br>INTELGENX TECHNOLOGIES CORP.,<br><br>        Defendants. | C.A. No. 14-1573-RGA |

## [PROPOSED] FINAL JUDGMENT

This matter having come before the Court for trial on the merits of all remaining issues in the above-captioned cases, namely to resolve the questions of whether Defendants Par Pharmaceutical, Inc. and IntelGenx Technologies Corporation (collectively, "Par") infringe any claim of U.S. Patent No. 8,900,497 ("the '497 Patent"); and whether those claims are invalid; and at trial, Plaintiffs asserted only Claim 24 of the '497 Patent against Par, and Par asserted a counterclaim of invalidity and non-infringement of Claim 24 of the '497 Patent; and the Court having heard the testimony of the expert witnesses and having considered the evidence submitted by the parties; and the Court having reviewed the post-trial briefs of the parties;

**IT IS ORDERED AND ADJUDGED**, for the reasons set forth in the Court's Trial Opinion dated August 31, 2017 (D.I. 222), that Final Judgment is hereby entered in favor of Par and against Reckitt Benckiser Pharmaceuticals Inc. (now known as Indivior Inc.) and MonoSol Rx, LLC (collectively "Plaintiffs"), that Par's Abbreviated New Drug Application ("ANDA") No. 205854 for 2 mg/0.5 mg, 4 mg/1 mg, 8 mg/2 mg, and 12 mg/3 mg dosage strengths, and the

commercial manufacturing process described therein, does not infringe asserted Claim 24 of the '497 Patent;

**ORDERED AND ADJUDGED**, for the reasons set forth in the Court's Trial Opinion dated August 31, 2017 (D.I. 222), that Final Judgment is hereby entered in favor of Plaintiffs and against Par, that asserted Claim 24 of the '497 Patent was not shown to be invalid;

**ORDERED** that, in the event that any party appeals this Final Judgment, any motion for attorneys' fees and/or costs under Fed. R. Civ. P. 54(d) and/or Local Rules 54.1 and/or 54.3, including any motion that this case is exceptional under 35 U.S.C. § 285, shall be considered timely if filed and served within thirty (30) days after final disposition of any such appeal; and it is further

**ORDERED** that, in the event that no party appeals this Final Judgment, any motion for attorneys' fees and/or costs under Fed. R. Civ. P. 54(d) and/or Local Rules 54.1 and/or 54.3, including any motion that this case is exceptional under 35 U.S.C. § 285, shall be considered timely if filed and served within thirty (30) days after the expiration of the time for filing a notice of appeal under Federal Rules of Appellate Procedure 3 and 4.

Dated: September 20, 2017

_____
UNITED STATES DISTRICT JUDGE